## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | **Case No:** | **16-40561** |
| **Richard Patzin** | ) | | |
| Debtor, | ) | **Chapter:** | **Chapter 13** |
| | ) | | |
| | ) | **Judge:** | **LaShonda A. Hunt** |

### NOTICE OF MOTION

**To:**  Richard Patzin, 3810 S  Kenilworth, Berwyn, IL, 60402

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, Dirksen Federal Court House, 219 South Dearborn Street, Room 873, Chicago, IL  60604.

See attached list of all creditors

**PLEASE TAKE NOTICE** that on **February 4, 2019 at 09:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge LaShonda A. Hunt in 219 S. Dearborn St. # 719, Chicago, IL, and then and there present the attached **MOTION FOR DISCHARGE PURSUANT TO 11 U.S.C. § 1328(b)** a copy of which is attached hereto.

**By:**   _/s/Dale Riley_
Dale Riley

### CERTIFICATE OF SERVICE

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on January 14, 2019.

**By:**  _/s/Dale Riley_
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

Barclays BANK Delaware
Attn: Bankruptcy Dept.
Po Box 8803
Wilmington DE 19899

Capital ONE BANK USA N
Attn: Bankruptcy Dept.
15000 Capital One Dr
Richmond VA 23238

CBNA
Attn: Bankruptcy Dept.
50 Northwest Point Road
Elk Grove Village IL 60007

First Premier BANK
Attn: Bankruptcy Dept.
601 S Minnesota Ave
Sioux Falls SD 57104

Lending CLUB CORP
Attn: Bankruptcy Dept.
71 Stevenson St Ste 300
San Francisco CA 94105

Vital Recovery Services, Inc.
Bankruptcy Dept.
PO Box 923747
Norcross GA 30010

Merrick BANK
Attn: Bankruptcy Dept.
Po Box 9201
Old Bethpage NY 11804

Onemain
Attn: Bankruptcy Dept.
Po Box 1010
Evansville IN 47706

PayPal Credit
Bankruptcy Department
PO Box 5138
Timonium MD 21094

PLS Financial Solutions of IL/Payday L

3908 Harlem Av e.
Lyons IL 60534

PLS Financial Solutions of IL/Payday L
Bankruptcy Department
3908 Harlem Ave.
Lyons IL 60534

Rise
Bankruptcy Dept
P.O. Box 101808
Fort Worth TX 76185

Syncb/PEP BOYS
Attn: Bankruptcy Dept.
C/O Po Box 965036
Orlando FL 32896

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No:      16-40561 |
| Richard Patzin | ) | |
| Debtor, | ) | Chapter:      Chapter 13 |
| | ) | |
| | ) | Judge:      LaShonda A. Hunt |

## MOTION FOR DISCHARGE PURSUANT TO 11 U.S.C. § 1328(b)

NOW COMES Richard Patzin, hereinafter "Debtor", by and through his counsel, Geraci Law LLC, in support of his **MOTION FOR DISCHARGE PURSUANT TO 11 U.S.C. § 1328(b),** and states to the Court as follows:

1. The court has jurisdiction over this proceeding under 28 U.S.C. Section 1334(b).

2. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A).

3. The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on 12/28/2016.

4. The Debtor's case was confirmed on 02/27/2017.

5. Pursuant to 11 U.S.C. § 1328(b), "the Court may grant a discharge to a Debtor that has not completed payments under the plan only if-

   a) the Debtor's failure to complete such payments is due to circumstances for which the debtor should not justly be held accountable;

   b) the value, as of the effective date of the plan, of property actually distributed under the plan on account of each allowed unsecured claim is not less than the amount

that would have been paid on such claim if the estate of

the Debtor had been liquidated under Chapter 7 of this

title on such date, and

c) modification of the plan under section 1329 of this title

is not practicable.

6.   On 01/01/2019, the Debtor passed away.

7.   It is not possible to modify the plan or convert the case

as the Debtor is deceased.

WHEREFORE, Richard Patzin, prays this Court to enter an order

granting the Debtor a discharge pursuant to 11 U.S.C. § 1328(b) and for

such further relief as this Court deems just and proper.

Respectfully submitted,

_/s/Dale Riley_____
Dale Riley

**Attorneys for the Debtor**
Dale Riley
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):   877.247.1960